# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-754
LT Case No. 2019-102037-CFDL

———————————————

JEFFREY VAN PATTEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
James R. Clayton, Judge.

Matthew J. Metz, Public Defender, and Steven N. Gosney,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard
Pallas, Jr., Assistant Attorney General, Office of the Attorney
General, Daytona Beach, for Appellee.

December 5, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., WALLIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____